No. 681. FRED W. LAKE ET AL., PLAINTIFFS IN ERROR, *v.* THE SUPERIOR COURT OF THE STATE OF CALIFORNIA IN AND FOR THE COUNTY OF KERN. In error to the Supreme Court of the State of California. Motion to dismiss or affirm submitted December 22, 1913. Decided January 19, 1914. *Per Curiam.* Dismissed for want of jurisdiction, upon the authority of No. 680, just decided, and authorities there cited. *Mr. James F. Peck* and *Mr. Charles C. Boynton* for the plaintiffs in error. *Mr. William J. Hunsaker, Mr. E. W. Britt, Mr. Frank H. Short* and *Mr. D. S. Ewing* for the defendant in error.

No. 154. WOODWARD COTTON COMPANY, APPELLANT, *v.* THE CITY OF WOODWARD ET AL. Appeal from the Circuit Court of the United States for the Western District of Oklahoma. Argued and submitted January 16, 1914. Decided January 26, 1914. *Per Curiam.* Affirmed on the authority of *Madera Water Works Company* v. *Madera,* 228 U. S. 454; *Memphis* v. *Cumberland Telephone & Telegraph Company,* 218 U. S. 624; *Knoxville Water Company* v. *City of Knoxville,* 200 U. S. 22, and *Bienville Water Works Company* v. *City of Mobile,* 175 U. S. 109, and cause remanded to the District Court of the United States for the Western District of Oklahoma. *Mr. John Devereux* for the appellant. *Mr. Webster Ballinger* and *Mr. Charles A. Loomis* for the appellees.